App. Div.]      Second Department, November, 1912.

In the Matter of the Judicial Settlement of the Account of Laura E. Rowland and Others.   Brooklyn Trust Company, as Trustee, and Richard M. Henry, as Special Guardian, etc., Appellants; Laura E. Rowland and Florence D. Bond, as Executrices, Respondents.— Motions to dismiss appeals denied, without costs.   Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Oliver M. Arkenburgh, Respondent, v. The City of New York, Appellant. — Judgment and order unanimously affirmed, with costs.   No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Jacob Abrahams, Respondent, v. Davis Berkowitz and Others, Defendants.   Michael Cohen & Company and Gustave Rader, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Ralley Arrington, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Percy Babcock, Respondent, v. Coney Island and Brooklyn Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Edwin Bayha, Respondent, v. Coney Island and Brooklyn Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Michael J. Callahan, Respondent, v. Michael Matus, Appellant, and Others, Defendants.— Judgment affirmed, with costs.   No. opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Giuseppe Casallitto, Appellant, v. Margaret L. V. Shepard and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion.   Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Frances Miller Collier, Plaintiff, v. August Weidlich and Others, Defendants.   Surplus Proceedings: Jennie Teplitz, Appellant; Charles Wenz, Inc., Respondent.   (Appeal No. 1.) — Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements.   No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Julius Davis, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Washington I. De Fraine, Respondent, v. Coney Island and Brooklyn Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

John J. Degnan, Respondent, v. Steve Williamson, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Louise Flynn, as Administratrix, etc., of John Flynn, Deceased, Respondent, v. Putnam Coal and Ice Company, Appellant.— Judgment